# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Wayne R. Cobb<br>  <u>Debtor</u> | CHAPTER 13<br><br>BKY. NO. 15-10731 ELF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Rushmore Loan Management Services as Servicer for EMC Mortgage LLC, and index same on the master mailing list.

Respectfully submitted,

**/s/Denise Carlon, Esquire**
**Denise Carlon, Esquire**
Brian C. Nicholas, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322 FAX (215) 627-7734