United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Wayne R. Cobb
    Debtor

Case No. 15-10731-elf
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: YvetteWD     Page 1 of 2     Date Rcvd: Feb 21, 2018
                Form ID: 138NEW     Total Noticed: 20

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 23, 2018.
db             +Wayne R. Cobb,    607 Edison Ave. Unit E,    Philadelphia, PA 19116-1260
13467268      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court:   Capital One,    Po Box 85520,    Richmond, VA 23285)
13467269       Capital One - Bankruptcy Dept,    PO Box 30285,    Salt Lake City, UT 84130-0285
13467271       +Glenn Ross, Esq.,    566 Bethlahem Pike,    Fort Washington, PA 19034-2108
13467275       +Residential Credit Solutions, Inc.,    4282 North Fwy,    Fort Worth, TX 76137-5021
13467276       +Sears/Cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
13467278       +Somerton Station Condo Association,    c/o Realty Mgt & Maintenance,    456 Germantown Pike,
                 Suite 2,    Lafayette Hill, PA 19444-1805
13488900       +Somerton Station Condominium Assn.,    c/o Glenn M. Ross P.C.,    566 S. Bethlehem Pike,
                 Fort Washington, PA 19034-2108
13489259       +TD BANK USA, N.A.,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
13467279       +Td Bank USA/Targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
13467280       +Velocity Investments,    1800 Route 34N,    Suite 404A,    Belmar, NJ 07719-9147

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Feb 22 2018 02:26:31     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 22 2018 02:25:57
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 22 2018 02:26:24     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13467270       +E-mail/Text: bknotice@ercbpo.com Feb 22 2018 02:26:14     Enhanced Recovery Collections,
                 8014 Bayberry Rd,    Jacksonville, FL 32256-7412
13467272       +E-mail/Text: bankruptcydpt@mcmcg.com Feb 22 2018 02:26:11     Midland Funding,
                 8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13467273       +E-mail/Text: blegal@phfa.org Feb 22 2018 02:26:13     PA Housing Finance Agency,
                 211 N Front St,    Harrisburg, PA 17101-1406
13491492        E-mail/Text: blegal@phfa.org Feb 22 2018 02:26:13     PHFA/HEMAP,    211 NORTH FRONT ST,
                 PO BOX 8029,    HARRISBURG, PA 17105
13467274       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 22 2018 02:40:49
                 Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
13467277        E-mail/Text: philadelphia.bnc@ssa.gov Feb 22 2018 02:26:23     Social Security Administration,
                 Mid-Atlantic Program Service Center,    300 Spring Garden Street,    Philadelphia, PA 19123-2992
                                                                                                TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Somerton Station Condominium Assn.,    c/o Glenn M. Ross, P.C.,    566 S. Bethlehem Pike,
                 Fort Washington, PA 19034-2108
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2018                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2           User: YvetteWD              Page 2 of 2                   Date Rcvd: Feb 21, 2018
                               Form ID: 138NEW             Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 21, 2018 at the address(es) listed below:
          ALFONSO G. MADRID    on behalf of Debtor Wayne R. Cobb alfonsomadridlawECF@gmail.com
          ALFONSO G. MADRID    on behalf of Plaintiff Wayne  Cobb alfonsomadridlawECF@gmail.com
          DENISE ELIZABETH CARLON    on behalf of Creditor   EMC Mortgage LLC bkgroup@kmllawgroup.com
          GLENN M. ROSS    on behalf of Defendant   Somerton Station Condominium Assoc.
           glennrosspc@comcast.net
          GLENN M. ROSS    on behalf of Creditor   Somerton Station Condominium Assn. glennrosspc@comcast.net
          MATTEO SAMUEL WEINER    on behalf of Creditor   EMC Mortgage LLC bkgroup@kmllawgroup.com
          THOMAS I. PULEO    on behalf of Creditor   EMC Mortgage LLC tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                      TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Wayne R. Cobb
    Debtor(s)

Bankruptcy No: 15−10731−elf
Chapter: 13

___

### NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 2/21/18

48 – 47
Form 138_new