United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Wayne R. Cobb  
    Debtor

Case No. 15-10731-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: YvetteWD     Page 1 of 1     Date Rcvd: Apr 03, 2018  
                          Form ID: 195      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2018.  
db         +Wayne R. Cobb,    607 Edison Ave. Unit E,    Philadelphia, PA 19116-1260

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2018                                                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2018 at the address(es) listed below:  
        ALFONSO G. MADRID    on behalf of Plaintiff Wayne   Cobb alfonsomadridlawECF@gmail.com  
        ALFONSO G. MADRID    on behalf of Debtor Wayne R. Cobb alfonsomadridlawECF@gmail.com  
        DENISE ELIZABETH CARLON    on behalf of Creditor    EMC Mortgage LLC bkgroup@kmllawgroup.com  
        GLENN M. ROSS    on behalf of Creditor    Somerton Station Condominium Assn. glennrosspc@comcast.net  
        GLENN M. ROSS    on behalf of Defendant    Somerton Station Condominium Assoc.  
         glennrosspc@comcast.net  
        JADA S. GREENHOWE    on behalf of    PHFA-HEMAP jgreenhowe@phfa.org  
        MATTEO SAMUEL WEINER    on behalf of Creditor    EMC Mortgage LLC bkgroup@kmllawgroup.com  
        THOMAS I. PULEO    on behalf of Creditor    EMC Mortgage LLC tpuleo@kmllawgroup.com,  
         bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,  
         philaecf@gmail.com  
        WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com,    philaecf@gmail.com  
                                                                                                                                                       TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 13

Wayne R. Cobb  : Case No. 15−10731−elf
    Debtor(s)

***ORDER***
_____

    AND NOW, this day , 3rd of April , 2018 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Eric L. Frank
Judge , United States Bankruptcy Court

53
Form 195